UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:10-CV-00350-BR

| | |
|---|---|
| THEODORE JUSTICE, )<br>)<br>Plaintiff )<br>)<br>v. )<br>GRANVILLE COUNTY BOARD OF )<br>EDUCATION , )<br>)<br>Defendant ) | ORDER |

This matter is before the court on the 2 September 2010 Memorandum and Recommendation (M&R) of Magistrate Judge William A. Webb. Judge Webb recommends that plaintiff's application to proceed *in forma pauperis* be granted and that the complaint be dismissed for lacking any arguable basis in law or fact. Plaintiff has not filed any objection to the M&R, and the time within which to do so has expired. The court ADOPTS the M&R as its own. For the reasons stated therein, plaintiff's application to proceed *in forma pauperis* is GRANTED, and the complaint is DISMISSED. The Clerk is DIRECTED to close this case.

This 19 October 2010.

_____
W. Earl Britt
Senior U.S. District Judge