UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| THEODORE JUSTICE, )<br>For Minor AJ, )<br>      Plaintiff, )<br>)<br>  v. )<br>)<br>GRANVILLE COUNTY BOARD )<br>OF EDUCATION, )<br>      Defendant. )<br>) | **JUDGMENT**<br><br>No. 5:10-CV-350-BR |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for consideration of United States Magistrate Judge Webb's memorandum and recommendations as to plaintiff's motion for leave to proceed in forma pauperis.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's motion for leave to proceed in forma pauperis is GRANTED, and the complaint is DISMISSED for lacking any arguable basis in law or fact.

**This judgment filed and entered on November 4, 2010, and served on:**

Theodore Justice (via U.S. Mail)

November 4, 2010                          /s/ Dennis P. Iavarone
                                                               Clerk of Court